# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-3750
_____

Lonnie Smith, Jr., Individually and on behalf of all others similarly situated

*Plaintiff - Appellant*

v.

Simmons Prepared Foods, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: May 19, 2022
Filed: May 24, 2022
[Unpublished]

_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Lonnie Smith appeals following the district court's[1] sua sponte grant of summary judgment in his favor in his employment action. After careful review of the

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

record below, the parties' submissions on appeal, and the issues properly before us, we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____